UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------X

UNITED STATES OF AMERICA

vs.

**SHYNKARENKO, MAKSYM**
    Defendant(s).

------------------------------------------------------------------X

**Criminal Case No. 08-cr-00625-WHW-1**

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record::

  Enter my appearance as counsel in this case for, the above named defendant, MAKSYM SHYNKARENKO.

  I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s), since the indicated year of admission, and that I am not the subject of suspension or disbarment from any Court:

<u>New York State Appellate Division 2nd Department, U.S. District Court for the Eastern and Southern Districts of New York</u>
  **Courts**

<u>2003, for the Appellate Division 2nd Dept., and 2004 for the N.Y. U.S. District Courts</u>
  **Year(s) of Admission**

Dated: Brooklyn, New York
   November 30, 2012

ARKADY BUKH
Law Offices of Bukh & Assoc., PLLC
1123 Avenue Z
Brooklyn, New York 11235
Tel: (718) 376-4766
honorable@usa.com

1