UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 08-625 |
| MAKSYM SHYNKARENKO | : | ORDER |

This matter having been opened to the Court on the joint
application of the United States of America, Paul J. Fishman,
United States Attorney (Mark J. McCarren, Assistant U.S.
Attorney, appearing) and defendant Maksym Shynkarenko (by Arkady
Bukh, Esq., appearing) for an order continuing the proceedings
and excluding time from computation under the Speedy Trial Act of
1974; and the charges being the result of a lengthy investigation
spanning more than four years, and the defendant needing
sufficient time to review the voluminous discovery - which
includes many thousands of pages of documents, including
thousands of e-mails and instant message communications, numerous
search warrant applications and orders and the voluminous data
recovered therefrom, Title III applications and orders and the
results of those intercepts, and hundreds of screen captures, and
to investigate the charges and file motions in this case; and the
Court having found, in light of the above, that this case is
sufficiently complex that it is unreasonable to expect adequate
preparation for pretrial proceedings and for the trial itself
within the time limits established by the Speedy Trial Act of

1974; and it appearing that defendant retained new counsel who did not enter an appearance in this matter until January of 2013; and the Court having found that an order granting a continuance of the proceedings and excluding time from calculation under the Speedy Trial Act of 1974 should be entered in light of the complexity of the case, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii); that the ends of justice are served by granting such an order; and for good cause shown,

WHEREFORE, it is on this ____ day of September, 2013

ORDERED that this matter remains designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

IT IS FURTHER ORDERED THAT the proceedings in this matter shall be continued for the period from September 18, 2013 through on or about October 16, 2013;

IT IS FURTHER ORDERED that the court shall conduct a status conference on or about October 16, 2013 at 10:00 a.m. during which the Court shall set dates for the filing of motions and responses to said motions as well as a trial date in this matter;

IT IS FURTHER ORDERED that the time period from September 18, 2013 through October 16, 2013 shall be excluded from computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

_____
HONORABLE WILLIAM H. WALLS
Sr. United States District Judge


I hereby consent to the
entry and form of this Order

Paul J. Fishman
United States Attorney

_____
Mark J. McCarren
Assistant U.S. Attorney

_____
Arkady Bukh, Esq.
Counsel for Maksym Shynkarenko