UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            :      Hon. William H. Walls

                    v.              :      Crim. No. 08-625

MAKSYM SHYNKARENKO                  :           ORDER

This matter having been opened to the Court on the joint application of the United States of America, Paul J. Fishman, United States Attorney (Mark J. McCarren, Assistant U.S. Attorney, appearing) and defendant Maksym Shynkarenko (by Arkady Bukh, Esq., and Nicholas Woldridge, Esq., appearing) for an order continuing the proceedings and excluding time from computation under the Speedy Trial Act of 1974; and the charges being the result of a lengthy investigation spanning more than four years, and the defendant needing sufficient time to review the voluminous discovery - which includes many thousands of pages of documents, including thousands of e-mails and instant message communications, numerous search warrant applications and orders and the voluminous data recovered therefrom, Title III applications and orders and the results of those intercepts, and hundreds of screen captures, and to investigate the charges and file motions in this case; and the Court having found, in light of the above, that this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by the Speedy Trial Act of 1974; and it appearing that

defendant retained new counsel who did not enter an appearance in this matter until January of 2013; and the Court having found that an order granting a continuance of the proceedings and excluding time from calculation under the Speedy Trial Act of 1974 should be entered in light of the complexity of the case, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii); that the ends of justice are served by granting such an order; and for the reasons set forth on the record during the hearing conducted on October 16, 2013, and for good cause shown,

WHEREFORE, it is on this _23_ day of October, 2013

ORDERED that this matter remains designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

IT IS FURTHER ORDERED THAT the proceedings in this matter shall be continued for the period from October 17, 2013 through on or about May 6, 2014;

IT IS FURTHER ORDERED that the defendant shall file motions no later than December 9, 2013;

IT IS FURTHER ORDERED that the Government shall file any response to such motions no later than January 6, 2014;

IT IS FURTHER ORDERED that oral argument shall be conducted on January 21, 2014;

IT IS FURTHER ORDERED that trial shall commence on May 6, 2014;

IT IS FURTHER ORDERED that the time period from October 17, 2013 through May 6, 2014 shall be excluded from computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

_____
HONORABLE WILLIAM H. WALLS
SR. UNITED STATES DISTRICT JUDGE