

Bangkok Post